AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

Janelle Rederford
Plaintiff
v.
US Airways, Inc.
Defendant

Civil Action No. C.A.08-164S

**Summons in a Civil Action**

To: *(Defendant's name and address)*

U.S. Airways, Inc.
~~U.S. Airways Group, Inc~~.

Agent: ~~CT Corporation System~~
~~2394 E Camelback Road~~
~~Phoenix, AZ~~ 85016

The Corp Trust CO
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Vicki J. Bejma,Esq.
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 4022
Providence, RI 02903

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Paulette J. Dube
Chief Deputy Clerk
Name of clerk of court

Date: 5/6/08

Barbara Barletta
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on ______________________,
by:

(1) personally delivering a copy of each to the individual at this place, ________________________________
________________________________________________________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ____________________
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
________________________________________________; or

(4) returning the summons unexecuted to the court clerk on ________________; or

(5) other *(specify)* ________________________________________________
________________________________________________________________
________________________________________________________________.

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 ________.

Date: ______________________

________________________________
Server's signature

________________________________
Printed name and title

________________________________
Server's address

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Corp Trust Co.
1209 Orange ST
Wilmington DE
19801

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery
MAY 14 2008

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

WILMINGTON DE 19801 RODNEY SQ STA MAY 15 2008 USPS

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

MAY 17 2008

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

MAY 17 2008

2. Article Number
*(Transfer from service label)* 7004 1160 0003 0134 3595

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-0835

# The Law Offices of Stephen M. Robinson

155 South Main Street, Suite 402
Providence, Rhode Island 02903-7115
(401) 331-6565
Fax (401) 331-7888
Web www.smrobinsonlaw.com

Stephen M. Robinson
Michael P. Robinson*
Vicki J. Bejma*
Mary Ann F. Carroll
*Also Massachusetts Bar
Of Counsel:
Noelle K. Clapham

May 12, 2008

**CERTIFIED MAIL AND REGULAR MAIL**
The Corp Trust Company
1209 Orange Street
Wilmington, DE 19801

**Re: Janelle Rederford**

To Whom It May Concern:

Please find enclosed a copy of the summons and complaint in the above-referenced action. This shall constitute service upon U. S. Airways pursuant to Federal Rules of Civil Procedure.

Very truly yours,

Vicki J. Bejma

VJB:mg
Enclosure
Cc: Howard Moore, Esq.