AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

**APPEARANCE**

Case Number: 08-164S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

US Airways, Inc.

I certify that I am admitted to practice in this court.

5/28/2008
Date

Rebecca McSweeney
Signature


Rebecca McSweeney 4020
Print Name Bar Number

Jackson Lewis LLP, 127 Dorrance Street
Address

Providence RI 02903
City State Zip Code

(401) 490-3444 (401) 454-7702
Phone Number Fax Number