(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

JACKIE COLLINS, alias MARK TAYLOR
Plaintiff(s)

v. Dkt. No. 2008-90

RUBY TUESDAY, INC, MICHAEL VACCARO, and ROBERT KIFF
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant RUBY TUESDAY, INC. hereby moves that JENNIFER L. ENGLANDER be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

REBECCA McSWEENEY
Print Name

JACKSON LEWIS LLP
Firm and Business Address

127 DORRANCE STREET, 4th FLOOR
PROVIDENCE, RHODE ISLAND 02903

RI Bar ID # 4020

Email: mcsweenr@jacksonlewis.com

Tel. # 401-490-3444

Fax # 401-454-7700

---

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date