**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JANELLE REDERFORD**<br><br>**Plaintiff,**<br><br>**- against -**<br><br>**US AIRWAYS, INC.,**<br><br>**Defendant.** | : | **C.A. No.: 08-164S**<br><br>**STIPULATION TO ANSWER OUT OF TIME** |

IT IS HEREBY STIPULATED AND AGREED, by and between Counsel for Plaintiff and Counsel for Defendant that:

1. The time for US AIRWAYS, INC. to Answer, move or otherwise respond to Plaintiff's Complaint shall be extended to and including June 24, 2008.

Dated: May 28, 2008

/s/ Vicki J. Bejma
Vicki J. Bejma, Esquire #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903-7115
401-331-6565 (Tel.)
401-331-7888 (fax)
vbejma@smrobinsonlaw.com
COUNSEL FOR PLAINTIFFS

Dated: May 28, 2008

/s/ Rebecca McSweeney
Rebecca McSweeney, Esq.. (#4020)
Jackson Lewis LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
(401) 490-3444 (Tel.)
(401) 454-7702 (fax)
mcsweenr@jacksonlewis.com
COUNSEL FOR DEFENDANT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JANELLE REDERFORD** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **- against -** | : | **C.A. No.: 08-164S** |
| | : | |
| **US AIRWAYS, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the Stipulation to Answer Out of Time has been filed electronically and that it is available for viewing and downloading from the ECF system, this 28th day of May, 2008.

/s/ Rebecca McSweeney
Rebecca McSweeney (#4020)