**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **JANELLE REDERFORD,**<br><br>Plaintiff,<br><br>v.<br><br>**US AIRWAYS, INC.**<br><br>Defendant. | Case No. CV 08-00164-S-DLM |

**DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS**

NOW COMES US Airways, Inc. ("US Airways"), through counsel, and respectfully moves this Court to dismiss with prejudice, in entirety, all of the claims asserted by Plaintiff, Janelle Rederford, under Federal Rule of Civil Procedure 12(b)(6) because said claims were discharged in US Airways' 2002 bankruptcy proceedings, and the initiation or continuation of this action is barred by a permanent injunction issued by the Bankruptcy Court. As such, Plaintiff's claims should be dismissed, with prejudice.

Wherefore, US Airways respectfully prays that, after due consideration of this motion and the arguments and authorities in the accompanying memorandum in support attached hereto, this Court grant US Airway's Rule 12(b)(6) Motion to Dismiss, dismissing with prejudice, in entirety, all of the claims asserted by Plaintiff, Janelle Rederford.

Respectfully submitted,

/S/ Rebecca McSweeney

Rebecca McSweeney (R.I. Bar No. 4020)
JACKSON LEWIS LPP
127 Dorrance Street, 4th Floor

Providence, Rhode Island 02903
(401) 490-3444

AND

Daniel E. Farrington, Esq.
*Pro hac vice* pending
The Farrington Law Firm, LLC
4550 Montgomery Avenue, Suite 775 North
Bethesda, Maryland 20814
Tel.: 301-951-1538
Fax: 301-951-1544
Email: dfarrington@farringtonlaw.com
*Attorneys for Defendant, US Airways, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the _9th__ day of July, 2008, I electronically filed Defendant US Airways, Inc.'s **Rule 12(b)(6) Motion to Dismiss** using the CM/ECF System, which will send a Notice of Electronic Filing to all counsel of record:

Vicki J. Bejma, Esq.
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, Rhode Island 02903

_/S/ Rebecca McSweeney____________________