# Exhibit 1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 02-83984-SSM |
| | ) | Jointly Administered |
| US AIRWAYS GROUP, INC., et al., | ) | Chapter 11 |
| | ) | Hon. Stephen S. Mitchell |
| Debtors. | ) | |

**NOTICE OF BAR DATE FOR
FILING OF PROOF OF CLAIM**

**TO: ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF THE DEBTORS LISTED IN THIS BAR DATE NOTICE**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

The Bankruptcy Court entered an Order (found at Docket No. 406) in the US Airways Group, Inc. et al. chapter 11 cases (the "Bar Date Order") establishing November 4, 2002 as the general claims bar date (the "General Bar Date") and February 7, 2003 as the governmental unit claims bar date (the "Governmental Unit Bar Date"). Except as described below, the Bar Date Order requires that any Claims (as defined herein) against any of the Debtors be filed with the claims agent appointed by the Bankruptcy Court, Logan & Company, Inc. (the "Claims Agent"), by submitting a proof of claim to the following address: **Logan & Company, Inc.; Attn: US Airways Group, Inc.; 546 Valley Road; Upper Montclair, NJ 07043 so that such proof of claim is ACTUALLY RECEIVED on or before 4:00 p.m., Eastern Time, on the General Bar Date, November 4, 2002 (or in the case of any Claims asserted by a governmental unit, on or before 4:00 pm., Eastern Time, on the Governmental Unit Bar Date, February 7, 2003)**. Proofs of claim are deemed filed only when they are actually received by the Claims Agent, and facsimile submissions will not be accepted.

Pursuant to the Bar Date Order, all persons and entities (each as defined in sections 101(41) and 101(15), respectively, of the Bankruptcy Code), including, without limitation, individuals, partnerships, corporations, estates, trusts, unions, indenture trustees, the United States Trustee and governmental units (individually a "Creditor", and, collectively, the "Creditors") holding claims against the Debtors (whether secured, priority or unsecured) that arose prior to August 11, 2002 are required to file proofs of claim by the General Bar Date (or, in

the case of governmental units, by the Governmental Unit Bar Date), unless otherwise provided herein.

The following Creditors must file a proof of claim on or before the General Bar Date, unless otherwise provided herein: (a) any Creditor whose Claim is listed in the Debtors' schedules of assets and liabilities (the "Schedules") as "disputed," "contingent" or "unliquidated" and who desires to participate in any of these chapter 11 cases or share in any distribution in any of these chapter 11 cases; (b) any Creditor whose Claim is improperly classified in the Schedules or is listed in an incorrect amount and that desires to have its Claim allowed in a classification or amount other than that set forth in the Schedules; or (c) any Creditor asserting a Claim that is not listed in the Schedules.

The following Creditors do not need to file a proof of claim on or before the General Bar Date:

(a) Any Creditor (a) that agrees with the nature, classification, and amount of such Claim set forth in the Schedules and (b) whose Claim against a Debtor is not listed as "disputed," "contingent," or "unliquidated" in the Schedules;

(b) Any Creditor that has already properly filed a proof of claim against the correct Debtor;

(c) Any Creditor whose Claim against a Debtor previously has been allowed by, or paid pursuant to, an order of this Court;

(d) Any Creditor asserting a Claim allowable under sections 503(b) and 507(a)(1) of the Bankruptcy Code as an administrative expense of the Debtors' chapter 11 cases;

(e) Any of the Debtors or any direct or indirect subsidiary of any of the Debtors that hold Claims against one or more of the other Debtors;

(f) Any customer of the Debtors with respect to any customer program that the Debtors are authorized to satisfy in the ordinary course of business pursuant to an order of this Court; provided that any customer wishing to assert a claim based in tort (including, without limitation, personal injury claims) must file a proof of claim;

(g) Any present or former employee of one of the Debtors (and, with respect to benefits claims, any spouse or beneficiary thereof) and

labor unions representing such employees solely with respect to any Claim based on the payment of wages, salaries and benefits authorized to be paid by order of the Court, including, but not limited to, the first day wage and benefit order approved by the Court on August 12, 2002 (Docket No. 65), unless the Debtors have provided written notice to an employee that it does not intend to exercise authority to pay such Claim, in which case the employee shall have until the later of (i) the General Bar Date or (ii) 30 days from the date of written notice, to file a Proof of Claim;

(h) Any holder of equity securities of the Debtors solely with respect to such holder's ownership interest in or possession of such equity securities, provided, however, that any such holders who wish to assert a Claim against any of the Debtors based on transactions in the Debtors' equity securities, including, but not limited to, Claims for damages or recision based on the purchase or sale of such securities, must file a proof of claim on or prior to the General Bar Date; and

(i) Any holder of debt securities of the Debtors whose claim is limited exclusively to the repayment of principal, interest, and/or other applicable fees and changes (a "Debt Claim") on or under any bond or note issued by the Debtors pursuant to an indenture qualified under the Trust Indenture Act of 1939 (the "Debt Instruments"); provided, however, that (i) the foregoing exclusion shall not apply to the indenture trustee under the applicable indenture, (ii) each such indenture trustee shall be required to file one proof of claim on account of all of the Debt Claims on or under the applicable Debt Instruments on or before the General Bar Date, and (iii) any holder of a Debt Claim wishing to assert a claim, other than a Debt Claim, arising out of or relating to a Debt Instrument, including, but not limited to, Claims for damages or recision based on the purchase or sale of such securities, must file a proof of claim on or before the General Bar Date.

Any Creditor whose Claims arose out of the rejection of an executory contract or an unexpired lease must file a proof of claim on or before the later of: (a) the General Bar Date or (b) thirty (30) days after the effective date of such rejection as ordered by the Court.

Any Creditor whose Claims have been reduced, deleted or the status of which has been changed in connection with the Debtors amending the Schedules must file a proof of claim

in respect of such amended schedule claim on or before the later of: (a) the General Bar Date or (b) thirty (30) days after such Creditor is served with notice that the Debtors have amended their Schedules.

**Any Creditor that is required to file a proof of claim, but that fails to do so in a timely manner, will be forever barred, estopped and enjoined from: (a) asserting any Claim against any of the Debtors that such entity has that (i) is in an amount that exceeds the amount, if any, that is set forth in the Schedules, or (ii) is of a different nature or in a different classification (in either case, an "Unscheduled Claim"); and (b) voting upon, or receiving distributions under, any plan or plans of reorganization in these chapter 11 cases in respect of an Unscheduled Claim.**

Any Creditor asserting Claims against more than one Debtor (listed below) must file a separate proof of claim with respect to each such Debtor. If more than one Debtor is listed on a form, the Debtors will treat such claim as filed against the first listed Debtor. **All Creditors must identify on their proof of claim the holder or holders of the Claim and the particular Debtor against which their Claim is asserted.** Any Claims filed in the Joint Administration Case Number (US Airways Group, Inc. Case. No. 02-83984-SSM) shall be deemed filed only against US Airways Group, Inc.

Proof of claim forms and a copy of the Bar Date Order may be obtained by contacting the Claims Agent at: Logan & Company, Inc.; 546 Valley Road; Upper Montclair, NJ 07043. Neither the Debtors, their attorneys nor the Claims Agent can advise you whether you should file a proof of claim. Nothing set forth in this bar date notice shall preclude the Debtors from objecting to any claim, whether scheduled or filed, on any grounds.

List of Debtors: US Airways Group, Inc. (Case No. 02-83984-SSM), US Airways, Inc. (Case No. 02-83985-SSM), Allegheny Airlines, Inc. (Case No. 02-83986-SSM), PSA Airlines, Inc. (Case No. 02-83987-SSM), Piedmont Airlines, Inc. (Case No. 02-83988-SSM), Midatlantic Airways, Inc. (Case No. 02-83989-SSM), US Airways Leasing & Sales, Inc. (Case No. 02-83990-SSM) and Material Services Company, Inc. (Case No. 02-83991-SSM)

**Neither the Debtors' counsel nor the Bankruptcy Court Clerk's Office can give you legal advice. You may wish to consult an attorney to protect your rights.**

Dated: September 30, 2002

WILLIAM C. REDDEN
Clerk of Court

Address of the Bankruptcy Court Clerk's Office:
200 S. Washington Street
Alexandria, VA 22314

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In re:<br><br>**US AIRWAYS GROUP, INC., et al.**<br><br>Debtors.<br><br>Debtors' Mailing Address:<br>2345 Crystal Drive<br>Arlington, VA 22227<br><br>Fed. Tax I.D. Numbers: 54-1194634; 53-0218143; 23-1466290; 54-2003352; 23-2664652; 54-1349551; 52-0970090; 25-1382555. | **Case No. 02-83984-SSM**<br>Chapter 11 (Jointly Administered)<br><br>**Notice of:**<br><br>**1. Filing of Cases**<br>**2. Joint Administration of Cases**<br>**3. Meeting of Creditors**<br>**4. Creditors May Not Take Certain Actions**<br>**5. Order Limiting Notice, How To Obtain Documents**<br>**6. Deadline For Filing Proofs of Claim**<br>**7. Local Rule Dismissal Warning**<br>**8. Court Filings**<br>**9. Legal Advice** |

**FILING OF CHAPTER 11 CASES AND PLAN**

**US Airways Group, Inc. (Case No. 02-83984-SSM), US Airways, Inc. (Case No. 02-83985-SSM), Allegheny Airlines, Inc. (Case No. 02-83986-SSM), PSA Airlines, Inc. (Case No. 02-83987-SSM), Piedmont Airlines, Inc. (Case No. 02-83988-SSM), Midatlantic Airways, Inc. (Case No. 02-83989-SSM), US Airways Leasing & Sales, Inc. (Case No. 02-83990-SSM) and Material Services Company, Inc. (Case No. 02-83991-SSM)** (collectively, the "Debtors"), filed petitions commencing cases under chapter 11 of the Bankruptcy Code, on August 11, 2002, in the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"), Honorable Stephen S. Mitchell, Bankruptcy Judge, presiding.

**Attorneys for Debtors:**

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr. and John K. Lyons
333 West Wacker Drive, Suite 2100, Chicago, IL 60606
Telephone: (312) 407-0510

McGuireWoods LLP
Attn: Lawrence E. Rifken and Douglas M. Foley
1750 Tysons Boulevard, Suite 1800, McLean, VA 22102-4215
Telephone: (703) 712-5460

**JOINT ADMINISTRATION OF CASES**

On motion of the Debtors, the Bankruptcy Court entered an order on August 12, 2002, authorizing the joint administration of the above-captioned cases pursuant to Federal Rule of Bankruptcy Procedure 1015 and consolidating the cases for procedural purposes only under Case No. 02-83984-SSM and directing that the joint caption of the cases shall read In re: U.S. Airways Group, Inc., et al.

**MEETING OF CREDITORS**

The United States Trustee will conduct a meeting of creditors at 11:00 a.m., on October 22, 2002, in Chesapeake Hall at the **CRYSTAL CITY HILTON, 2399 JEFFERSON DAVIS HWY, ARLINGTON, VIRGINIA 22202**. The Debtors' representatives will be available to be examined under oath by the United States Trustee and by creditors. You are welcome to attend the meeting, but you need not do so. The meeting may be adjourned and concluded at a later date without further notice.

**CREDITORS MAY NOT TAKE CERTAIN ACTIONS**

The filing of a bankruptcy petition imposes an "automatic stay" of certain creditor action. In general, creditors may not commence or continue actions against the Debtors or their property to collect pre-bankruptcy debts. Section 362 of the Bankruptcy Code lists actions that are stayed. The Court may penalize a creditor who violates the stay.

**ORDER LIMITING NOTICE, HOW TO OBTAIN DOCUMENTS**

The Bankruptcy Court has entered an order limiting notice of certain matters in the chapter 11 case to certain designated parties. If you wish to receive notice of these matters, you must file a "Request for Notice" with the Clerk of the Bankruptcy Court, P.O. Box 19427, Alexandria, VA 22320-0247, and serve it on the Debtors' attorneys at the addresses shown above. Copies of any pleadings, paper or other documents filed in these cases may be obtained from the Court's Internet site, www.vaeb.uscourts.gov, or may be obtained by sending a written request to the Court's copy contractor Document Technologies, Inc., c/o United States Bankruptcy Court, Eastern District of Virginia, 200 South Washington Street, Suite 101, Alexandria, Virginia 22314. Document Technologies, Inc. may also be reached by telephone at (703) 706-0494. Fees are $.050 per page for conventionally filed documents and $0.10 per page for electronically filed documents. Payment for services must be made at time of initial submission of request by Mastercard, Visa, cashiers check or money

orders made payable to Document Technologies, Inc. A Copy Request Form is available on the Court's internet site under Bankruptcy Forms.

**DEADLINE FOR FILING PROOFS OF CLAIM**

On September 5, 2002, the Bankruptcy Court entered its Order Pursuant to Federal Rule of Bankruptcy Procedure 3003(c)(3) and Local Rule 3003-1 Establishing the Bar Date for Filing Certain Proofs of Claim and Approving Notice Procedures (the "Bar Date Order"). The Bar Date Order establishes November 4, 2002 as the last date for non-governmental creditors to file proofs of claim in these bankruptcy cases, and February 7, 2003 as the last date for governmental units to file proofs of claim in these cases. In accordance with the Bar Date Order, the Debtors are providing separate notice of the bar date (the "Bar Date Notice"). The Bar Date Notice accompanies this notice. Please refer to the Bar Date Notice for information regarding the bar date, proof of claim form and instructions for completing the proof of claim.

**LOCAL RULE DISMISSAL WARNING**

Cases may be dismissed for failure to timely file lists, schedules and statements or attend meeting of creditors (Local Bankruptcy Rule 1007-1 and 2003-1).

**COURT FILINGS**

These cases have been designated as cases assigned to the electronic case filing system and can be accessed via the Court's Internet site at http://www.vaeb.uscourts.gov or http://ecf.vaeb.uscourts.gov. For details, see the enclosed Notice of Electronic Filing Procedure.

**LEGAL ADVICE**

**Neither the Debtors' counsel nor the Bankruptcy Court Clerk's Office can give you legal advice. You may wish to consult an attorney to protect your rights.**

Dated: September 30, 2002

WILLIAM C. REDDEN
Clerk of Court

Address of the Bankruptcy Court Clerk's Office:
200 S. Washington Street
Alexandria, VA 22314

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF VIRGINIA
200 South Washington Street
Alexandria, VA 22314

**US AIRWAYS GROUP, INC. *et al.***

**Case Nos. 02-83984-SSM thru 02-83991-SSM**
**Chapter 11 (Jointly Administered)**

**Date Filed: August 11, 2002**

The above case which has been filed in this court, can be assessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov or at http://www.vaeb.uscourts.gov/ecfnew/ccf.htm In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the "Administrative Procedures, for Filing, Signing, Retaining and Verification of Pleadings and Papers in the Case Management/Electronic Case Filing (CM/ECF) System" Exhibit (hereafter Administrative Procedures), which is incorporated by reference in Standing "Order Adopting Case Management/Electronic Case Filing Procedures" (No. 02-2), the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Administrative Procedures**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer running Netscape navigator software version 4.6x, or 4.7x, Adobe Acrobat 4.0 or later software to convert documents from a word processor format to a portable document format (PDF), and an Internet Service Provider (ISP) using Point-to-Point Protocol (PPP). The URL address is **www.vaeb.uscourts.gov** and a password is needed to access this system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements **then**

2. You must submit your documents on a diskette using PDF format. The Adobe Acrobat software will provide this format. Further instruction may be found in Adobe's manual. Use a separate diskette for each filing. Submit the diskette in an envelope with case name, case number, type and title of document, and then file name on the diskette. If you are **unable** to comply with these requirements or the requirements set forth in item number 1 above, **then**

3. You must submit your documents on a diskette using one of the following formats: Word, WordPerfect or DOS text (ASCII). If you are **unable** to comply with this requirement or the requirements set forth in item number 2, or the requirements set forth in item number 1 above, **then**

4. You must file a "Request for Waiver to File Conventionally" as provided for in the Administrative Procedures to indicate your inability to file by diskette. You then may file conventionally on unstapled, unbound 8 ½" x 11" single-sided paper. Documents must be submitted with full signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File Conventionally" with your filing.**

**Important Notice: All parties without legal representation may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated: 09-30-02
VAN-062

William C. Redden
Clerk of Court

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 02-83984-SSM |
| US AIRWAYS GROUP, INC., et al., | ) | Jointly Administered |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |
| | ) | |

**AFFIDAVIT OF SERVICE**

I Kathleen M. Logan, hereby certify under penalty that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, 2nd Floor, Upper Montclair, New Jersey, Noticing and Claims Agent for the above captioned Debtors.

3. Between the dates of October 1 through October 2, 2002 I caused copies of:

- the PROOF OF CLAIM FORM
- the NOTICE OF BAR DATE FOR FILING OF PROOF OF CLAIM
- the FILING OF CHAPTER 11 CASES AND PLAN
- the ECF NOTICE FORM

to be inserted in first class, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. Copies of the served documents listed above are attached hereto as Exhibit B.

Dated: October 7, 2002

Kathleen M. Logan

# EXHIBIT A
# SERVICE LIST 7
# M-R

**SERVICE LIST**
**Notice Of Bar Date For Filing Of Proof Of Claim; and Filing Of Chapter 11 Cases And Plan**

**DEBTOR: US AIRWAYS GROUP INC.**

**CASE: 02-83984 (SSM)**

CREDITOR ID: 40669-08
REDA, L. PEGGY
933 WASHINGTON AVE.
MONACA PA 15061

CREDITOR ID: 160133-20
REDA, SANDRA A
740 OLD FRANKSTOWN RD
PITTSBURGH PA 15239

CREDITOR ID: 11410-01
REDATA INC
6931 ARLINGTON RD
STE 308
BETHESDA MD 20814

CREDITOR ID: 139667-20
REDBURN JR, C J
4032 SHOPTON RD
CHARLOTTE NC 28217

CREDITOR ID: 113043-02
REDBURN, C
2718 REGENCY DRIVE N W
WINSTON-SALEM NC 27106

CREDITOR ID: 24312-06
REDD, KIRA S
1602 DENDY LN
PINEVILLE NC 28134

CREDITOR ID: 143459-20
REDDEL III, WILLIAM NELSON
18 ROBIN HOOD DR
LONDONDERRY NH 03053-4021

CREDITOR ID: 114293-02
REDDEN JR, LAWRENCE
532 BIG PINE DR
VIRGINIA BEACH VA 23452

CREDITOR ID: 213743-39
REDDEN, DEBORAH
301 PINE DRIVE
ALIQUIPPA PA 15001

CREDITOR ID: 155689-20
REDDEN, DEBORAH SUE
301 PINE DRIVE
ALIQUIPPA PA 15001

CREDITOR ID: 149139-20
REDDEN, JERRY WAYNE
11813 EDGEMONT CIRCLE
OKLAHOMA CITY OK 73162

CREDITOR ID: 136293-20
REDDEN, LOU B
441 ROSLYN ROAD
WINSTON-SALEM NC 27104

CREDITOR ID: 115491-02
REDDEN, ROY S
626 WATER OAK RD
ROANOKE VA 24019

CREDITOR ID: 24313-06
REDDEN, ROYAL S
620 WATER OAK ROAD
ROANOKE VA 24019

CREDITOR ID: 130882-20
REDDEN, VICTOR C
8338 NEWBRIDGE ESTATES RD
DENTON MD 21629

CREDITOR ID: 40716-08
REDDICK, B. CYNTHIA
319 COOPER STREET
ALIQUIPPA PA 15001

CREDITOR ID: 24314-06
REDDING, DONALD
3223-H SHAMROCK DRIVE
CHARLOTTE NC 28215

CREDITOR ID: 127947-20
REDDING, JOHNNY L
4312 CALAVERAS DRIVE
LEXINGTON KY 40514

CREDITOR ID: 138543-20
REDDING, LARRY W
1270 YMCA CAMP ROAD
KING NC 27021

CREDITOR ID: 117821-20
REDDING, MARY S
PO BOX 20004
SEDONA AZ 86341

CREDITOR ID: 13874-01
REDDY ICE LITTLE ROC
1640 E 15TH
LITTLE ROCK AR 72202

CREDITOR ID: 48134-09
REDDY ICE--HARRISONBURG
P.O. BOX 548
HARRISONBURG VA 22801

CREDITOR ID: 145044-20
REDELINGS, JOHN
5688 ARROW TREE ST
LAS VEGAS NV 89130

CREDITOR ID: 213750-39
REDERFORD, JANELLE
2202 ELMWOOD AVENUE
WARWICK RI 02888

CREDITOR ID: 306-01
REDERFORD, JANELLE
2202 ELMWOOD AVE
WARWICK RI 02888

CREDITOR ID: 163174-20
REDERFORD, JANELLE M
2202 ELMWOOD AVE
WARWICK RI 02888

CREDITOR ID: 24315-06
REDFEARN, SEAN
523 LORAY FARM RD
DALLAS NC 28034

CREDITOR ID: 142977-20
REDFEARN, SEAN
523 LOVAY FARM RD
DALLAS NC 28034

CREDITOR ID: 19814-01
REDFERN GALLERY LIMI
20 CORK ST
LONDON W1X 2HL
ENGLAND

CREDITOR ID: 24316-06
REDFERN, MONTY M
1401 KENNESINGTON HILL CT
CHARLOTTE NC 28216

# EXHIBIT B

FORM B10 (Official Form 10) (4/10)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**PROOF OF CLAIM**
**CHAPTER 11**

Name of Debtor Against Which You Assert Your Claim

☐ **US Airways Group, Inc. (Case No. 02-83984-SSM)**
☐ **US Airways, Inc. (Case No. 02-83985-SSM)**
☐ **Allegheny Airlines, Inc. (Case No. 02-83986-SSM)**
☐ **PSA Airlines, Inc. (Case No. 02-83987-SSM)**
☐ **Piedmont Airlines, Inc. (Case No. 02-83988-SSM)**
☐ **Midatlantic Airways, Inc. (Case No. 02-83989-SSM)**
☐ **US Airways Leasing & Sales, Inc. (Case No. 02-83990-SSM)**
☐ **Material Services Company, Inc. (Case No. 02-83991-SSM)**

*Note: This form should not be used to make a claim for an administrative expense arising on or after August 11, 2002 the date of commencement of the Debtors' bankruptcy cases. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

**Your Claim Is Scheduled As Follows:**

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

**A. Name and address of Creditor (The person or entity to whom the Debtor owes money or property):**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

**B. Please add or amend creditor information here.**
**(Check box if): ☐ replaces address above ☐ additional address**

Company/Firm: ______________________________

Attention: ______________________________

Address: ______________________________

______________________________

______________ Telephone Number

______________ Fax Number

______________ Tax Identification or Social Security Number

**Account or Other Number by Which Creditor Identifies Debtor:**

**Check here if this claim** ☐ replaces ☐ amends a previously filed claim, dated ______________

**1. Basis For Claim:**

☐ Goods sold to Debtor(s)
☐ Services performed for Debtor(s)
☐ Goods purchased from Debtor(s)
☐ Money loaned
☐ Taxes
☐ Other ______________________
☐ Personal injury/property damage
☐ Severance agreement
☐ Refund
☐ Personal property lease
☐ Real property lease
☐ Other contract ______________
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)

Your Social Security No. ______________
Unpaid compensation for services performed

From: ____________ to ____________
(date) (date)

**2. Date Debt Was Incurred:**

**3. If claim is based on a court judgment, date obtained:**

4. **Total amount of prepetition claim that arose prior to August 11, 2002:**
$ ______________________
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other ______________

Value of collateral: $ ______________

Amount of arrearage and other charges at time case filed included in secured claim, if any:

$ ______________

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $______________
Specify the priority of the claim:
☐ Wages, salaries or commissions (up to $4,650), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $2,100 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

7. **Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.
8. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.
9. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

**This Space Is For Court Use Only**

**Date:**

______________

**Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):**

Print Name: ______________________ Title (if any): ______________

Signature: ______________________

**Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.**

FORM B10 (Official Form 10) (4/10)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, there may be exceptions to these general rules.*

THE ORIGINAL OF THIS PROOF OF CLAIM MUST BE SENT SO THAT IT IS **RECEIVED** ON OR BEFORE **4:00 P.M., EASTERN TIME, ON NOVEMBER 4, 2002 ("GENERAL BAR DATE") and FEBRUARY 7, 2003 ("GOVERNMENTAL UNIT BAR DATE").** SEND THE COMPLETED PROOF OF CLAIM FORM BY COURIER SERVICE, HAND DELIVERY OR MAIL TO: **LOGAN & COMPANY, INC., ATTN: US AIRWAYS GROUP INC., CLAIMS PROCESSING DEPARTMENT, 546 VALLEY ROAD, UPPER MONTCLAIR, NEW JERSEY 07043.**

**FACSIMILE OR E-MAIL SUBMISSIONS WILL NOT BE ACCEPTED.**

PLEASE READ THE PROOF OF CLAIM FORM CAREFULLY AND FILL IT IN COMPLETELY AND ACCURATELY. PRINT LEGIBLY. YOUR CLAIM MAY BE DISALLOWED IF IT CANNOT BE READ AND UNDERSTOOD. THE PROOF OF CLAIM MUST BE COMPLETED IN ENGLISH. THE AMOUNT OF ANY CLAIMS MUST BE PRIOR TO AUGUST 11, 2001 AND MUST BE DENOMINATED IN UNITED STATES CURRENCY.

## - DEFINITIONS -

***Debtor***
The person, corporation or other entity that has filed a bankruptcy case is called the debtor.

***Creditor***
A creditor is any person, corporation or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

***Proof of Claim***
A form identifying the amount a creditor believes was owed to it by the debtor at the time the bankruptcy case was filed (i.e., the amount of the creditor's claim).

***Secured Claim***
A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (i.e., collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are mortgages on real estate and security interests in cars, trucks, boats, television sets or other items of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (i.e., has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim*.)

***Unsecured Claim***
If a claim is not a secured claim, it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien does not have sufficient value to satisfy the creditor in full.

***Unsecured Priority Claim***
Certain types of unsecured claims are given priority under the Bankruptcy Code and are paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims.*

## ITEMS TO BE COMPLETED IN PROOF OF CLAIM FORM (IF NOT ALREADY FILLED IN)

**Name of Debtor and Case Number:**
Check the name of the Debtor against which you assert a claim.

**Information about Creditor:**
Complete the section giving the name, address, telephone number, fax number and tax identification number or social security number of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form. **Please note that all future correspondence sent by Logan & Company, Inc. will be mailed to the pre-printed name and address as listed in box A on the reverse side, unless you indicate and change the address in box B also on the reverse side.**

**1. Basis for Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Claim at Time Case Filed:**
Fill in the amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**5. Secured Claim**
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

**6. Unsecured Priority Claim**
Check the appropriate place if you have an unsecured priority claim and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly a priority claim and partly a nonpriority claim if, for example, the claim is in an amount exceeding the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

**7. Credits:**
By signing this proof of claim, you are stating under oath that, in calculating the amount of your claim, you have given the debtor credit for all payments received from the debtor.

**8. Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or that any asserted security interests have been perfected. If these documents are too lengthy, a summary of such documents may be provided. If documents are not available, you must attach a statement explaining why they are not available.