# Exhibit 2

FORM B10 (Official Form 10) (4/10)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**PROOF OF CLAIM**
**CHAPTER 11**

Your Claim Is Scheduled As Follows:

DEBTOR: US AIRWAYS GROUP INC.
FILED U.S.B.C.E.D.-VA
CASE NO.: 02-83984 THRU 02-83991
**CLAIM NO.: 2631**

Name of Debtor Against Which You Assert Your Claim

- ☐ US Airways Group, Inc. (Case No. 02-83984-SSM)
- ☐ US Airways, Inc. (Case No. 02-83985-SSM)
- ☐ Allegheny Airlines, Inc. (Case No. 02-83986-SSM)
- ☐ PSA Airlines, Inc. (Case No. 02-83987-SSM)
- ☐ Piedmont Airlines, Inc. (Case No. 02-83988-SSM)
- ☐ Midlantic Airways, Inc. (Case No. 02-83989-SSM)
- ☐ US Airways Leasing & Sales, Inc. (Case No. 02-83990-SSM)
- ☐ Material Services Company, Inc. (Case No. 02-83991-SSM)

*Note: This form should not be used to make a claim for an administrative expense arising on or after August 11, 2002 the date of commencement of the Debtors' bankruptcy cases. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

A. Name and address of Creditor (The person or entity to whom the Debtor owes money or property):

[redacted]
USA-213750-BD-33
REDERFORD JANELLE
2202 ELMWOOD AVENUE
WARWICK RI 02888

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

B. Please add or amend creditor information here.
(Check box if): ☐ replaces address above ☐ additional address

Company/Firm ______

Attention ______

Address ______

Telephone Number ______

Fax Number ______

Tax Identification or Social Security Number ______

Account or Other Number by Which Creditor Identifies Debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated ______

1. Basis For Claim:

- ☐ Goods sold to Debtor(s)
- ☐ Services performed for Debtor(s)
- ☐ Goods purchased from Debtor(s)
- ☐ Money loaned
- ☐ Taxes
- XX Other unlawful termination under American Disability Act per attached
- ☐ Personal injury/property damage
- ☐ Severance agreement
- ☐ Refund
- ☐ Personal property lease
- ☐ Real property lease
- ☐ Other contract ______
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)

Your Social Security No. [redacted]
Unpaid compensation for services performed
From: ______ (date) to ______ (date)

2. Date Debt Was Incurred: January 31, 2002

3. If claim is based on a court judgment, date obtained:

4. Total amount of prepetition claim that arose prior to August 11, 2002: $ 1,000,000.00 including punitive damages

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges

5. Secured Claim:
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other ______

Value of collateral: $ ______

Amount of arrearage and other charges at time case filed included in secured claim, if any.
$ ______

6. Unsecured Priority Claim:
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ ______
Specify the priority of the claim:

- XX Wages, salaries or commissions (up to $4,650), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
- XX Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4)
- ☐ Up to $2,100 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance or support owed to a spouse, former spouse or child – 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
- XX Other – Specify applicable paragraph of 11 U.S.C. § 507(a)( ) see attached petition

7. Credits: The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

8. Supporting Documents: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

9. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim

This Space Is For Court Use Only

RECEIVED
2002 OCT 31 AM 11 24
LOGAN & COMPANY, INC.

Date: 10-28-02

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

Print Name: Janelle M. Rederford Title (if any) ______

Signature: J M Rederford

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

AGENCY: [X] FEPA [ ] EEOC

CHARGE NUMBER: 02EPD 271-07/07 16JA200146

R I Commission For Human Rights and EEOC

*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Ms. Janelle M. Rederford | (401) 941-5541 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 2202 Elmwood Avenue, | Warwick, RI 02888 | 12/21/195 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| US Airways | Cat D (501 +) | (703) 872-7000 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| T.F. Green Airport, | Warwick, RI 02886 | 003 |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

[ ] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN [ ] RETALIATION [ ] AGE [X] DISABILITY [ ] OTHER *(Specify)*

DATE DISCRIMINATION TOOK PLACE — EARLIEST: 01/31/2002 LATEST: 01/31/2002

[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

1. I was subjected to discriminatory terms and conditions of employment, including denial of reasonable accommodation, by my former employer, US Airways. I was employed for approximately twenty-four (24) years and held the position of Customer Service Representative at the time of my termination on or about January 31, 2002.

2. Respondent Supervisor's, Hannah Head, stated reason for my termination was my unauthorized absence from work.

3. I believe I have been discriminated against on the basis of my physical disability (Lupus Erthematosus) in that my employer allowed my supervisor to subject me to disparate treatement based solely on my disability. Following an absence from work, my supervisor required my physician to submit FMLA papers which were submitted in a timely fashion. My supervisor was not satisfied with the report and wanted it amended no later than January 26, 2002 even though she had been aware of my ongoing disability. My physician requested an extension to submit the amendment; however, my supervisor still terminated me on or about January 31, 2002. These actions are in violation of the Americans With Disabilities Act and applicable state laws.

RECEIVED
MAY 1 0 2002
RICHR

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I declare under penalty of perjury that the foregoing is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT: JMRederford

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year) 4/25/02

Date X 4-25-02 Charging Party (Signature) JMRederford

EEOC Form 5 (Rev. 07/99)

Notarized on page 2

Page 1 of 2