# Exhibit 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 02-83984-SSM |
| US AIRWAYS GROUP, INC., et al., | ) | Jointly Administered |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |
| | ) | |

**AFFIDAVIT OF SERVICE**

I Kathleen M. Logan, hereby certify under penalty that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, 2nd Floor, Upper Montclair, New Jersey, Noticing and Claims Agent for the above captioned Debtors.

3. On or about January 28, 2003 I caused copies of:

- the DEBTORS' SECOND OMNIBUS OBJECTION TO CERTAIN (I) DUPLICATIVE CLAIMS, (II) AIRCRAFT DEBT CLAIMS (DUPLICATIVE; CONTINGENT AND OVERSTATED); (III) EQUITY CLAIMS (IV) UNSUBSTANTIATED CLAIMS (BOOKS AND RECORDS) (V) CONTINGENT AND UNLIQUIDATED CLAIMS, AND (VI) REDUCE AND ALLOW CLAIMS

to be inserted in first class, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. Copy of the served document listed above is attached hereto as Exhibit B.

Dated: February 5, 2003

Kathleen M. Logan

**SERVICE LIST**

**Debtors' Second Omnibus Objection To Certain (I) Duplicative Claims, (II) Aircraft Debt Claims (Duplicative; Contingent And Overstated); (III) Equity Claims (IV) Unsubstantiated Claims (Books And Records) (V) Contingent And Unliquidated Claims, And (VI) Reduce And Allow Claims**

**DEBTOR: US AIRWAYS GROUP INC.** **CASE: 02-83984 (SSM)**

CREDITOR ID: 116642-02
REASOR, MARY HALL
14604 W CLARENDON AVENUE
GOODYEAR AZ 85338

CREDITOR ID: 155689-20
REDDEN, DEBORAH SUE
C/O: ALAN E CECH, ESQ
LAW OFFICES OF ALAN E CECH
10521 PERRY HIGHWAY, SUITE 115
WEXFORD PA 15090

CREDITOR ID: 155689-20
REDDEN, DEBORAH SUE
C/O MURTAGH & CAHILL
ATTN JOHN W MURTAGH JR, ESQ
110 SWINDERMAN ROAD
WEXFORD PA 15090

CREDITOR ID: 213750-39
REDERFORD, JANELLE
2202 ELMWOOD AVENUE
WARWICK RI 02888

CREDITOR ID: 116574-02
REISINGER, CAROLYN
2196 MERRELL AVE
BULLHEAD CITY AZ 86442

CREDITOR ID: 21788-01
RELIANCE INSURANCE COMPANY
C/O OBERMAYER REBMANN MAXWELL ET AL
ATTN DOROTHY M CLAEYS, ESQ
ONE PENN CENTER 19TH FLR
1617 JFK BOULEVARD
PHILADELPHIA PA 19103

CREDITOR ID: 107918-18
RESIDUAL BASED FINANCE CORP
ATTN VINCENT KOLBER, PRES
3 FIRST NATIONAL PLAZA, STE 777
CHICAGO IL 60602

CREDITOR ID: 107747-14
RETIREMENT SYSTEMS OF ALABAMA
ATTN DAVID G BRONNER, CEO
135 SOUTH UNION STREET
MONTGOMERY AL 36104

CREDITOR ID: 107747-14
RETIREMENT SYSTEMS OF ALABAMA
C/O: LORRAINE S MCGOWEN, ESQ
ORRICK HERRINGTON & SUTCLIFFE
666 FIFTH AVENUE
NEW YORK NY 10103-0001

CREDITOR ID: 196646-38
RICHARD GOETTLE, INC
ATTN DANIEL G BAKER, TREASURER
12071 HAMILTON AVENUE
CINCINNATI OH 45231

CREDITOR ID: 222156-99
RICHARDS LAYTON & FINGER
ATTN JOHN HENRY KNIGHT, ESQ
ONE RODNEY SQUARE
PO BOX 551
WILMINGTON DE 19899

CREDITOR ID: 24304-06
RICHARDS, MICHAEL L
3777 PEACHTREE ROAD NE#329
ATLANTA GA 30319

CREDITOR ID: 208081-38
RICHARDS, MICHAEL L
EMPLOYEE--ORF FO
3777 PEACHTREE ROAD NE #329
ATLANTA GA 30319

CREDITOR ID: 148308-20
RICKER, NINA
5598 WOODVILLE AVENUE
LEETONIA OH 44431

CREDITOR ID: 193730-15
RICKER, TIM
PO BOX 530
DARLINGTON PA 16115

CREDITOR ID: 27682-04
RIDGLEY, DONALD
RR 1, BOX 427-A
MAROA IL 61756-9801

CREDITOR ID: 115357-02
RIEGER, MARY FRANCES
217 RICHARD BURBYDGE
WILLIAMSBURG VA 23185

CREDITOR ID: 108781-02
RIESER, SHIRLEY
1920 N BRIDGE STREET, APT 604
CHILLICOTHE OH 45601

CREDITOR ID: 108781-02
RIESER, SHIRLEY
C/O: GARY A FLESHMAN, ESQ
OFFICES OF GARY A FLESHMAN
63 N PAINT STREET
CHILLICOTHE OH 45601

CREDITOR ID: 213767-39
RIGGS, DAVID
98 VAN KLEEK ROAD
MILLIS MA 02054

CREDITOR ID: 165822-20
RIMMER, SANDRA E
C/O CANTER LEVIN & BERG
REF RS.RIN23001
1 TEMPLE SQUARE
24 DALE STREET
LIVERPOOL L25RU
UNITED KINGDOM

CREDITOR ID: 116263-02
RING, GAIL
3800 OLD GLASGOW RD
SCOTTSVILLE KY 42164

CREDITOR ID: 145454-20
RIZZO, KIM E
8033 CANDELA LANE
CLAY NY 13041

CREDITOR ID: 168959-20
ROBENSTEIN, ROBERT JOHN
2 LEDOUX TERRACE
S BURLINGTON VT 05403

CREDITOR ID: 116582-02
ROBERTSON, WILLIAM
734 NATOMA DRIVE
SAN JOSE CA 95123

CREDITOR ID: 138745-20
ROBINSON, CHRISTOPHER M
C/O: MICHAEL R LEE, ESQ
LAW OFFICE OF LEE & SMITH, PA
PO BOX 2229
SPARTANBURG SC 29304-2229

CREDITOR ID: 138745-20
ROBINSON, CHRISTOPHER M
1338 SOUTH ASPEN STREET
LINCOLNTON NC 28092