# Exhibit 5

**RESPONSE DEADLINE: FEBRUARY 28, 2003 @ 4:00 P.M. E.S.T.**

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM (ILLINOIS)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606-1285
(312) 407-0700

Lawrence E. Rifken, Esq. (VSB No. 29037)
Douglas M. Foley, Esq. (VSB No. 34364)
McGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102-4215
(703) 712-5000

Attorneys for Debtors and Debtors-in-Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 02-83984-SSM |
| | ) | Jointly Administered |
| US AIRWAYS GROUP, INC. et al., | ) | Chapter 11 |
| | ) | Hon. Stephen S. Mitchell |
| Debtors. | ) | |

**NOTICE OF DEBTORS' SECOND OMNIBUS OBJECTION TO CERTAIN (I) DUPLICATIVE CLAIMS, (II) AIRCRAFT DEBT CLAIMS (DUPLICATIVE; CONTINGENT AND OVERSTATED), (III) EQUITY CLAIMS, (IV) UNSUBSTANTIATED CLAIMS (BOOKS AND RECORDS), (V) CONTINGENT AND UNLIQUIDATED CLAIMS, AND (VI) REDUCE AND ALLOW CLAIMS**

**PLEASE TAKE NOTICE** that on January 24, 2003, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed their Second Omnibus Objection to Certain (i) Duplicative Claims, (ii) Aircraft Debt Claims (Duplicative; Contingent and Overstated) (iii) Equity Claims, (iv) Unsubstantiated Claims (Books and Records), (v) Contingent and Unliquidated Claims, and (vi) Reduce and Allow Claims (the "Second Claims Objection").

**NOTICE OF OPPORTUNITY TO REQUEST A HEARING PURSUANT TO LOCAL BANKRUPTCY RULE 3007-1(E)**

**UNDER LOCAL BANKRUPTCY RULE 3007-1(B), UNLESS A WRITTEN RESPONSE AND A REQUEST FOR HEARING ON THIS SECOND CLAIMS OBJECTION ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY AND THOSE PARTIES AS REQUIRED BY THE AMENDED ORDER PURSUANT TO 11 U.S.C. §§ 102 AND 105(A), BANKRUPTCY RULES 2002(M) AND 9007, AND LOCAL BANKRUPTCY RULES 2002-1 AND 9013-1 ESTABLISHING OMNIBUS HEARING DATES AND CERTAIN NOTICE, CASE MANAGEMENT AND ADMINISTRATIVE PROCEDURES (ENTERED ON AUGUST 13, 2002 AT DOCKET NO. 88) (THE "PROCEDURES ORDER") WITHIN THIRTY (30) DAYS OF THE DATE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE SECOND CLAIMS OBJECTION AS CONCEDED, AND ENTER AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT A HEARING.**

If you do not want the Court to grant the relief requested in the Second Claims Objection, and you wish to exercise your right to request a hearing on the Second Claims Objection with respect to your Claim, then you or your attorney must:

[X] File with the Court, no later than **February 28, 2003 @ 4:00 p.m., (prevailing Eastern time)**, at the address shown below, a written response and request for hearing pursuant to Local Bankruptcy Rule 3007-1(B). If you mail your response and request for hearing to the Court for filing, you must mail it early enough so the Court and the parties being served will receive it on or before the date stated above.

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

You must also deliver a copy by the foregoing date to the following:

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM (ILLINOIS)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606-1285

Lawrence E. Rifken, Esq.
Douglas M. Foley, Esq.
McGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22101-4215

and those parties as required by the Procedures Order (entered on August 13, 2002 at Docket No. 88).

[X] Attend a status hearing on your response to the Second Claims Objection which will be scheduled at a later date. You will receive a separate notice pursuant to Local Bankruptcy Rule 3007-1(B) providing you with the date, time and place of any hearing with respect to your response and request for hearing on the Second Claims Objection as it pertains to your claim.

**IF YOUR CLAIM IS INCLUDED IN THE SECOND CLAIMS OBJECTION, AND IF YOU DO NOT TIMELY FILE AND PROPERLY SERVE A RESPONSE AND REQUEST FOR HEARING WITH RESPECT TO YOUR CLAIM, YOUR CLAIM WILL BE DISALLOWED AND EXPUNGED IN ITS ENTIRETY FOR ALL PURPOSES IN THESE CASES.**

Dated: January 24, 2003
McLean, Virginia

US AIRWAYS GROUP, INC., et al.

By Counsel:

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM (ILLINOIS)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606-1285
(312) 407-0700

- and -

/s/Douglas M. Foley
Lawrence E. Rifken, Esq. (VSB No. 29037)
Douglas M. Foley, Esq. (VSB No. 34364)
McGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22101-4215
(703) 712-5000

Attorneys for Debtors and Debtors-in-Possession

\\FIN\113691.1