# Exhibit 6

John Wm. Butler, Jr.
John K. Lyons
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM (ILLINOIS)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606-1285
(312) 407-0700

Lawrence E. Rifken, Esq. (VSB No. 29037)
Douglas M. Foley, Esq. (VSB No. 34364)
McGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22101-4215
(703) 712-5000
Attorneys for Debtors and Debtors-in-Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 02-83984-SSM |
| | ) | Jointly Administered |
| US AIRWAYS GROUP, INC., et al., | ) | Chapter 11 |
| | ) | Hon. Stephen S. Mitchell |
| Debtors. | ) | |

## ORDER SUSTAINING DEBTORS' SECOND OMNIBUS OBJECTION TO CERTAIN CLAIMS

THIS MATTER having come before the Court on the Objection (the "Objection") of US Airways Group, Inc. ("Group") and seven of its subsidiaries and affiliates (the "Affiliate Debtors"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors")[1] to Certain (i) Duplicative Claims, (ii) Aircraft Debt Claims (Duplicative; Contingent and Overstated), (iii) Equity Claims, (iv) Unsubstantiated Claims (Books and Records), (v) Contingent and Unliquidated Claims, and (vi) Reduce and Allow Claims (the "Second Claims Objection"), which requested, among other things, that the claims specifically identified on the

---

[1] The Debtors are the following entities: US Airways Group, Inc., US Airways, Inc., Allegheny Airlines, Inc., PSA Airlines, Inc., Piedmont Airlines, Inc., MidAtlantic Airways, Inc., US Airways Leasing and Sales, Inc. and Material Services Company, Inc.

exhibits attached to the Second Claims Objection be disallowed and expunged, and/or reduced and allowed for all purposes in these bankruptcy cases consistent with the exhibits attached thereto; and it appearing that due and proper notice and service of the Second Claims Objection has been given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested in the Second Claims Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Second Claims Objection is GRANTED.

2. The Claims identified on Exhibit A (Duplicate Claims), Exhibit B-1 (Aircraft Debt – Duplicative Claims), Exhibit B-2 (Aircraft Debt – Contingent and Overstated), Exhibit C (Equity Claims), Exhibit D (Unsubstantiated Claims – Books and Records), Exhibit E (Contingent and Unliquidated Claims), and Exhibit F (Reduce and Allow Claims) attached hereto are forever disallowed and expunged, and/or reduced and allowed, as set forth in the exhibits, for all purposes in these bankruptcy cases.

Dated: Alexandria, Virginia
March ___, 2003

Mar 17, 2003

/s/ Stephen S. Mitchell

HONORABLE STEPHEN S. MITCHELL
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:3/17/03

WE ASK FOR THIS:

John Wm. Butler, Jr.
John K. Lyons
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM (ILLINOIS)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606-1285
(312) 407-0700

- and -

By: /s/ Douglas M. Foley
Lawrence E. Rifken (VSB No. 29037)
Douglas M. Foley (VSB No. 34634)
McGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102-4215
(703) 712-5000

Attorneys for Debtors and Debtors-in-Possession

\\FIN\119362.1

Clerk's Certificate of Service. On the date of entry of this order/judgment on the docket, the docketing clerk hereby certifies that a copy of the order/judgment was served upon all parties in interest herein as required by the Bankruptcy Code, Bankruptcy Rules and Local Rules.

In re: US Airways et al

# Exhibit (E) Contingent and Unliquidated Claims - Disallowed

| CLAIM NUMBER | CREDITOR'S NAME AND ADDRESS | DATE CLAIM WAS FILED | AMOUNT OF CLAIM | DOCKETED DEBTOR |
|---|---|---|---|---|
| 1958 | 1243561<br>POWELL, LARRY EUGENE<br>213 S 357TH STREET<br>FEDERAL WAY WA 98003 | 10-29-2002 | $224,000.00 | 985 |
| 2779 | 1244137<br>POWERS, MARK ROBERT<br>9507 KNOLL TOP RD<br>UNION IL 60180 | 10-31-2002 | $100,000.00 | 984 |
| 1275 | 1242648<br>PRICE, FRANK W<br>411 FAIRVIEW AVENUE<br>SMYRNA TN 37167 | 10-22-2002 | $0.00 | 985 |
| 1510 | 1243625<br>PRINE, MARION R JR & MARILYN L<br>3226 BRANT STREET<br>SAN DIEGO CA 92103-5504 | 10-24-2002 | $1,500,000.00 | 985 |
| 4742 | 1246574<br>PRIOR PLAN PILOTS<br>C/O BIRCH HORTON BITTNER & CHEROT<br>ATTN HARVEY A LEVIN, ESQ<br>1155 CONNECTICUT AVE, NW, STE 1200<br>WASHINGTON DC 20036-4308 | 11-20-2002 | $0.00 | 984 |
| 171 | 1242270<br>RAKOVAN, STANLEY J<br>26 FRANCIS DRIVE<br>CORAOPOLIS PA 15108 | 10-07-2002 | $0.00 | 984 |
| 347 | 1242051<br>RAY, CHARLES<br>C/O JAMES E HARVIN, ESQ<br>INVESTMENT BUILDING<br>239 FOURTH AVENUE, S# 1707<br>PITTSBURGH PA 15222 | 10-10-2002 | $1,000,000.00 | 984 |
| 998 | 1242657<br>REARDON, ROBERT<br>6090 MADRA AVENUE<br>SAN DIEGO CA 92120 | 10-19-2002 | $0.00 | 987 |
| 747 | 1242661<br>REASOR, MARY HALL<br>14604 W CLARENDON AVENUE<br>GOODYEAR AZ 85338 | 10-16-2002 | $0.00 | 984 |
| 1575 | 1243535<br>REDDEN, DEBORAH SUE<br>C/O MURTAGH & CAHILL<br>ATTN JOHN W MURTAGH JR, ESQ<br>110 SWINDERMAN ROAD<br>WEXFORD PA 15090 | 10-24-2002 | $1,000,000.00 | 985 |
| 2631 | 1244370<br>REDERFORD, JANELLE<br>2202 ELMWOOD AVENUE<br>WARWICK RI 02888 | 10-31-2002 | $1,000,000.00 | 985 |