# Exhibit 10

**STATE OF RHODE ISLAND**
**PROVIDENCE COUNTY**

**SUPERIOR COURT**

| | | |
|---|---|---|
| **JANELLE M. REDERFORD,** | ) | |
| **Appellant,** | ) | |
| v. | ) | **C.A. No. PC-2007-3366** |
| **US AIRWAYS, INC.,** | ) | |
| **Appellee.** | ) | |

## ORDER

Defendant, US Airways' Motion to Dismiss Plaintiff's Complaint pursuant to Superior Court Rule of Civil Procedure 12(b)(1), came on for hearing before Justice Hurst on September 25, 2007. After hearing thereon, it is hereby:

ORDERED, ADJUDGED and DECREED as follows:

1) US Airways' Motion to Dismiss is hereby ***granted:***

2) Plaintiff's complaint is hereby ***dismissed,*** no interest, no costs to either party.

ENTER:

Patricia A. Hurst, J.

The Hon. Patricia Hurst
Dated: 10-15-07

BY ORDER:

DEPUTY CLERK
10-15-07

Presented by:

Rebecca McSweeney (#4020)
Jackson Lewis LLP
Attorney for Defendant
127 Dorrance Street
Providence, RI 02903
(401) 490-3444

**Certificate of Service**

The undersigned hereby certifies that a true and correct copy of the within Order has been served via regular mail this 15th day of October, 2007 on:

Vicki J. Bejma, Esq.
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, Rhode Island 02903-7115

Howard Moore, Jr., Esq.
Moore and Moore Attorneys at Law
445 Bellevue Ave., Second Floor
Oakland, CA 94610-4924

Daniel E. Farrington, Esq.
Margaret Jacobsen Scheele, Esq.
The Farrington Law Firm, LLC
4550 Montgomery Avenue
Suite 775 North
Bethesda, MD 20814

Cynthia Hiatt, Esq.
Rhode Island Commission for
Human Rights
180 Westminster Street, 1st Floor
Providence, RI 02903

Jeri Coppa-Knudson, Trustee
PMB 62
3495 Lakeside Drive
Reno, NV 89509-4841

Rebecca McSweeney

STATE OF RHODE ISLAND
PROVIDENCE COUNTY

SUPERIOR COURT

JANELLE M. REDERFORD,

Appellant,

v.

US AIRWAYS, INC.,

Appellee.

C.A. No. PC-2007-3366

## JUDGMENT

Final Judgment shall enter for Defendant, US Airways, by order of Justice Patricia Hurst dated October 15 2007

ENTER:

Patricia A. Hurst, J.

The Hon. Patricia Hurst
Dated: 10-15-07

BY ORDER:

DEPUTY CLERK
10-15-07

Presented by:

Rebecca McSweeney (#4020)
Jackson Lewis LLP
Attorney for Defendant
127 Dorrance Street
Providence, RI 02903
(401) 490-3444

**Certificate of Service**

The undersigned hereby certifies that a true and correct copy of the within Order has been served via regular mail this 15th day of October, 2007 on:

Vicki J. Bejma, Esq.
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, Rhode Island 02903-7115

Howard Moore, Jr., Esq.
Moore and Moore Attorneys at Law
445 Bellevue Ave., Second Floor
Oakland, CA 94610-4924

Daniel E. Farrington, Esq.
Margaret Jacobsen Scheele, Esq.
The Farrington Law Firm, LLC
4550 Montgomery Avenue
Suite 775 North
Bethesda, MD 20814

Cynthia Hiatt, Esq.
Rhode Island Commission for
Human Rights
180 Westminster Street, 1st Floor
Providence, RI 02903

Jeri Coppa-Knudson, Trustee
PMB 62
3495 Lakeside Drive
Reno, NV 89509-4841

Rebecca McSweeney