**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JANELLE REDERFORD,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **Civil Action No.** |
| | : | |
| **US AIRWAYS, INC.,** | : | |
| | : | **C.A. No. 08-164-S-DLM** |
| **Defendant.** | : | |
| | : | |

**MOTION FOR ENLARGEMENT OF TIME**

Now comes the Plaintiff, and hereby moves for an enlargement of time in which to respond to the Defendant's Motion to Dismiss. Plaintiff avers that additional time is needed in order to respond to the arguments raised in Defendants' supporting Memorandum. It is in fact Plaintiff's intention to have her attorney, Howard Moore, of California, apply for admission *pro hac vice* on this matter. Attorney Moore has been representing Plaintiff on this matter from its inception in other fora, and it was intended that Attorney Moore would prepare the response to any Motion to Dismiss. Attorney Moore's need for additional time to respond stems in part from the fact that he had already been scheduled to attend a religious-type retreat over this week, during which he would be completely out of reach by telephone. This retreat would seriously cut into the time available to reply. Accordingly, Plaintiff requests an enlargement of time to mid-to-late August, 2008.

Plaintiff's counsel has discussed this matter with Defendant's counsel, who has no objection. Plaintiff has in the past consented to enlargements of time for Defendant to respond to her complaint.

Respectfully submitted,

/s/ Vicki J. Bejma
VICKI J. BEJMA, #6498
LAW OFFICES OF STEPHEN M. ROBINSON
155 South Main Street, Suite 402
Providence, Rhode Island 02903-7115
T. 401.331.6565
F. 401.331.7888
vbejma@smrobinsonlaw.com
July 15, 2008

**CERTIFICATION**

I, the undersigned, do hereby certify that a true copy of the above was sent on to the parties below in accordance with the electronic filing requirements on July 16, 2008:

Daniel E. Farrington, Esq.
The Farrington Law Firm, LLC
4550 Montgomery Avenue, Suite 775 North
Bethesda, MD 20814

Rebecca McSweeney, Esq.
Jackson Lewis LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903

/s/ Vicki J. Bejma