(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Rederford
Plaintiff(s)

Dkt. No. CA 08 164S

v.

US Airways, Inc.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant US Airways, Inc. hereby moves that Daniel E. Farrington be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

REBECCA MCSWEENEY
Print Name

RI Bar ID # 4020

JACKSON LEWIS LLP
Firm and Business Address
127 DORRANCE ST., 4TH FLOOR
PROVIDENCE, RI 02903

Email: MCSWEENR@JACKSONLEWIS.COM
Tel. # 401-849-1422
Fax # 401-454-7702

**ORDER**

This motion is hereby ✓ GRANTED ____ DENIED

District Judge

7/17/08
Date