(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

JANELLE REDERFORD
Plaintiff(s)

v.

Dkt. No. CV08-00164-S-DLM

US AIRWAYS, INC.
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/~~Defendant~~ Janelle Rederford hereby moves that Howard Moore, Jr. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Vicki J. Bejma
Print Name

The Law Offices of
Stephen M. Robinson
Firm and Business Address

155 South Main Street, Suite 402

Providence, RI 02903

RI Bar ID # 6498

Email: vbejma@smrobinsonlaw.com

Tel. # 401-331-6565

Fax # 401-331-7888

ORDER

This will be referred to MJ Martin for a Recommendation

This motion is hereby ____ GRANTED ____ DENIED

District Judge

Date 7/29/08