**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JANELLE REDERFORD,** | : | |
| **Plaintiff** | : | |
| **v.** | : | **C.A. No.: 08-164S** |
| **U.S. AIRWAYS, INC.,** | : | |
| **Defendant** | : | |

**STIPULATION TO REPLY OUT OF TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between Counsel for Plaintiff and Counsel for Defendant that:

1. The time for U.S. Airways, Inc., to Reply to Plaintiff's Objection to Motion to Dismiss shall be extended to and including September 12, 2008.

Dated: August 26, 2008

/s/ Vicki J. Bejma
Vicki J. Bejma, Esquire #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903-7115
401-331-6565 (Tel.)
401-331-7888 (fax)
vbejma@smrobinsonlaw.com
COUNSEL FOR PLAINTIFF

Dated: August 26, 2008

/s/ Rebecca McSweeney
Rebecca McSweeney, Esquire #4020
Jackson Lewis LLP
127 Dorrance Street, Fourth Floor
Providence, RI 02903
401-490-3444 (Tel.)
401-454-7702 (fax)
mcsweenr@jacksonlewis.com
COUNSEL FOR DEFENDANT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JANELLE REDERFORD,** Plaintiff | : | |
| **v.** | : | **C.A. No.: 08-164S** |
| **U.S. AIRWAYS, INC.,** Defendant | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the Amended Stipulation to Answer Out of Time has been filed electronically and that it is available for viewing and downloading from the ECF system, this 26th day of August, 2008.

/s/ Rebecca McSweeney
Rebecca McSweeney (#4020)