**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JANELLE REDERFORD**<br>**Plaintiff,** | : | |
| **v.** | : | **C.A. No.: 08-164 S** |
| **US AIRWAYS, INC.** | : | |
| **Defendants.** | : | |

**ASSENTED TO MOTION TO EXTEND DEFENDANT'S TIME TO REPLY TO PLAINTIFF'S OBJECTION**

Now comes Defendant U.S. Airways, Inc. by and through its attorneys, and hereby moves to enlarge the time for filing its Reply brief up to and including September 12, 2008. As grounds for this motion, Defendant avers that vacation schedules will prevent the drafting of the Reply within the time set forth in LR Cv 7(b).

Defendant has consulted with Plaintiff's counsel, who has represented that Plaintiff has no objection to this Motion.

Based on the foregoing, Defendant respectfully requests that this Court enter an order continuing the date for submission of its Reply Brief to September 12, 2008.

__August 26, 2008____________
Date

By:__/s/ Rebecca McSweeney___________
Rebecca McSweeny #4020
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02840
(401) 490-3444

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JANELLE REDERFORD** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **C.A. No.: 08-164 S** |
| | : | |
| **US AIRWAYS, INC.** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on this 26th day of August, 2008 and is available for viewing and downloading from the ECF system.

/s/ Rebecca McSweeney (#4020)