UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Janelle Rederford, Plaintiff, | ) | |
| v. | ) | C.A. No. 08-164 S |
| US Airways, Inc., Defendant. | ) | |

**ORDER**

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on August 27, 2008, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Plaintiff's Motion for Admission Pro Hac Vice of Attorney Howard Moore is GRANTED, subject to the conditions set forth in the Report and Recommendation.

By Order,

Wendy Seils
Deputy Clerk

ENTER:

WESmith
William E. Smith
United States District Judge
Date: 9/16/08